# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 12-02089-JPC |
|---|---|---|
| | § | |
| PRISCILLA M. HERRADA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 01/08/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2014          By: /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-02089-JPC |
| | § | |
| PRISCILLA M. HERRADA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,955.00
*and approved disbursements of* $28.55
*leaving a balance on hand of[1]:* $4,926.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,926.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,238.75 | $0.00 | $1,238.75 |
| David P. Leibowitz, Trustee Expenses | $6.64 | $0.00 | $6.64 |

Total to be paid for chapter 7 administrative expenses: $1,245.39
Remaining balance: $3,681.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,681.06

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,681.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $118,838.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $4,917.71 | $0.00 | $152.32 |
| 2 | Quantum3 Group LLC as agent for | $2,283.01 | $0.00 | $70.72 |
| 3 | WORLD FINANCIAL NETWORK NATL BANK | $634.35 | $0.00 | $19.65 |
| 4 | Great Lakes Educational Loan Services | $20,705.53 | $0.00 | $641.36 |
| 5 | M&T Mortgage Corporation | $0.00 | $0.00 | $0.00 |
| 6 | Sallie Mae | $14,573.79 | $0.00 | $451.43 |
| 7 | Sallie Mae | $10,550.13 | $0.00 | $326.79 |
| 8 | US Departnment of Education | $52,813.68 | $0.00 | $1,635.92 |
| 9 | Ford Motor Credit Company, LLC | $12,360.34 | $0.00 | $382.87 |

|  | Total to be paid to timely general unsecured claims: | $3,681.06 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 12-02089-JPC
Priscilla M. Herrada                                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: ahamilton              Page 1 of 2                 Date Rcvd: Dec 15, 2014
                                Form ID: pdf006              Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2014.
```
db             #+Priscilla M. Herrada,    3519 S. Union,   Unit 2,    Chicago, IL 60609-1629
18388976       +ATT c/o Collection Company,    700 Lonwater Drive,    Norwell, MA 02061-1796
18388977       +Bank of America,    c/o Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502-4962
18388978      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
18712312        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC   28272-1083
18388979       +Chase,   Po Box 6004,    Ridgeland, MS 39158-6004
18388981       +Chase,   Po Box 7013,    Indianapolis, IN 46207-7013
18388984       +Edfl Svcs/Idapp,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
18388987       +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
18915574       +Ford Motor Credit Company, LLC,    c/o Bowman, Heintz, Boscia & Vician P.C.,    8605 Broadway,
                 Merrillville, IN 46410-7033
18388988       +Freedman Anselmo Lindberg LLC,    PO Box 3228,    Naperville, IL 60566-3228
18798526        Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973
18388990       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18858254       +M&T Mortgage Corporation,    c/o Pierce and Associates, P.C.,    1 North Dearborn St., #1300,
                 Chicago, IL 60602-4321
18388992       +Med Busi Bur,    1460 Renaissance Drive Ste 400,    Park Ridge, IL 60068-1349
18388994       +Mnet Fin Inc,    95 Argonaut Ste 250,    Aliso Viejo, CA 92656-4142
18388995       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
18388997        Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL 60197-6440
18388998       +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18389000       +Professnl Acct Mgmt In,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1920
18389006       +Slc Conduit I Llc,    99 Garnsey Rd,    Pittsford, NY 14534-4565
19458453       +The Bank of New York Mellon Trust Co,    James Nick Pappas,    Burke Costanza & Carberry LLP,
                 9191 Broadway,    Merrillville IN 46410-7043
18389009      ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                (address filed with court: Us Dept Ed,    Po Box 7202,    Utica, NY 13504-7202)
18887044        US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                 Greenville, TX 75403-5609
18389011       +Us Dept Of Ed/Glelsi,    2401 International Ln,   Madison, WI 53704-3121
18741345       +WORLD FINANCIAL NETWORK NATL BANK,    (LANE BRYANT RETAIL),    Portfolio Recovery Associates, LLC,
                 POB 41067,    Norfolk VA 23541-1067
18389015       +Wfnnb/Valucityroomstod,    Po Box 182303,   Columbus, OH 43218-2303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18388974       +E-mail/PDF: recoverybankruptcy@afninet.com Dec 16 2014 01:33:33     Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
18388975       +E-mail/Text: ACF-EBN@acf-inc.com Dec 16 2014 01:26:16     Atlantic Credit,    P O Box 13386,
                 Roanoke, VA 24033-3386
18388983       +E-mail/Text: electronicbkydocs@nelnet.net Dec 16 2014 01:27:33     Dept Of Education,
                 121 S 13th St,   Lincoln, NE 68508-1904
18388986       +E-mail/Text: bknotice@erccollections.com Dec 16 2014 01:27:33     Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18388991       +E-mail/Text: bankruptcy@icsystem.com Dec 16 2014 01:28:21     I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
18388993       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2014 01:27:25     Midland Credit Mgmt,
                 8875 Aero Dr,    San Diego, CA 92123-2255
18388996       +E-mail/Text: clientservices@northwestcollectors.com Dec 16 2014 01:26:54
                 Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
18724406        E-mail/Text: bnc-quantum@quantum3group.com Dec 16 2014 01:27:14
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
18389001       +E-mail/PDF: pa_dc_claims@navient.com Dec 16 2014 01:33:29     Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
18885781       +E-mail/PDF: pa_dc_claims@navient.com Dec 16 2014 01:35:40     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
18389013        E-mail/Text: BKRMailOps@weltman.com Dec 16 2014 01:27:34     Weltman, Weinberg & Reis Co, LPA,
                 175 South 3rd St., Suite 900,    Columbus, OH 43215-5166
18389014       +E-mail/Text: jarias@westbayconsumer.com Dec 16 2014 01:27:03     West Bay Acquisitions,
                 1540 Pontiac Ave Ste A,    Cranston, RI 02920-4472
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18388980*      +Chase,   Po Box 6004,    Ridgeland, MS 39158-6004
18388982*      +Chase,   Po Box 7013,    Indianapolis, IN 46207-7013
18388985*      +Edfl Svcs/Idapp,    120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
18388999*      +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18389002*      +Sallie Mae,    Po Box 9500,   Wilkes Barre, PA 18773-9500
18389003*      +Sallie Mae,    Po Box 9500,   Wilkes Barre, PA 18773-9500
18389004*      +Sallie Mae,    Po Box 9500,   Wilkes Barre, PA 18773-9500
18389005*      +Sallie Mae,    Po Box 9500,   Wilkes Barre, PA 18773-9500
18389007*      +Slc Conduit I Llc,    99 Garnsey Rd,   Pittsford, NY 14534-4565
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                   Date Rcvd: Dec 15, 2014
                              Form ID: pdf006              Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
18389008*      +Slc Conduit I Llc,    99 Garnsey Rd,    Pittsford, NY 14534-4565
18389010*     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: Us Dept Ed,    Po Box 7202,    Utica, NY 13504-7202)
18389012*      +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
18388989     ##+Hfc,   Po Box 3425,    Buffalo, NY 14240-3425
                                                                             TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              James N Pappas    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. f/k/a
               The Bank of New York Trust Company, N.A., as successor-in-interest to JPMorgan Chase Bank,
               National Association, as Trustee - SURF 2004-BC4 pappas@bcclegal.com,
               mavropodis@bcclegal.com;trainor@bcclegal.com;pluister@bcclegal.com
              Joseph E Cohen    on behalf of Debtor Priscilla M. Herrada jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```