**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-02089-JPC |
| | § | |
| PRISCILLA M. HERRADA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $205,200.00 | Assets Exempt: | $19,200.00 |
| Total Distributions to Claimants: | $3,681.06 | Claims Discharged Without Payment: | $206,999.19 |
| Total Expenses of Administration: | $1,273.94 | | |

3) Total gross receipts of $4,955.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,955.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $232,183.49 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,273.94 | $1,273.94 | $1,273.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $181,670.71 | $118,838.54 | $118,838.54 | $3,681.06 |
| **Total Disbursements** | $413,854.20 | $120,112.48 | $120,112.48 | $4,955.00 |

    4). This case was originally filed under chapter 7 on 01/23/2012. The case was pending for 38 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2015          By:   /s/ David P. Leibowitz
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax refund | 1224-000 | $4,955.00 |
| **TOTAL GROSS RECEIPTS** | | $4,955.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing | 4110-000 | $232,183.49 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $232,183.49 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,238.75 | $1,238.75 | $1,238.75 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.64 | $6.64 | $6.64 |
| Green Bank | 2600-000 | NA | $28.55 | $28.55 | $28.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,273.94 | $1,273.94 | $1,273.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $3,797.00 | $4,917.71 | $4,917.71 | $152.32 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $2,283.00 | $2,283.01 | $2,283.01 | $70.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | WORLD FINANCIAL NETWORK NATL BANK | 7100-900 | $634.00 | $634.35 | $634.35 | $19.65 |
| 4 | Great Lakes Educational Loan Services | 7100-000 | $26,692.00 | $20,705.53 | $20,705.53 | $641.36 |
| 5 | M&T Mortgage Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Sallie Mae | 7100-000 | $11,064.00 | $14,573.79 | $14,573.79 | $451.43 |
| 7 | Sallie Mae | 7100-000 | $10,250.00 | $10,550.13 | $10,550.13 | $326.79 |
| 8 | US Departnment of Education | 7100-000 | $26,139.00 | $52,813.68 | $52,813.68 | $1,635.92 |
| 9 | Ford Motor Credit Company, LLC | 7100-000 | $8,970.00 | $12,360.34 | $12,360.34 | $382.87 |
| | Afni, Inc. | 7100-000 | $586.00 | $0.00 | $0.00 | $0.00 |
| | Atlantic Credit | 7100-000 | $2,359.97 | $0.00 | $0.00 | $0.00 |
| | ATT c/o Collection Company | 7100-000 | $633.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $3,054.74 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $7,839.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $6,217.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $8,832.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $6,920.00 | $0.00 | $0.00 | $0.00 |
| | Dept Of Education | 7100-000 | $2,150.00 | $0.00 | $0.00 | $0.00 |
| | Edfl Svcs/Idapp | 7100-000 | $2,494.00 | $0.00 | $0.00 | $0.00 |
| | Edfl Svcs/Idapp | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $587.00 | $0.00 | $0.00 | $0.00 |
| | Hfc | 7100-000 | $8,649.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | I C System Inc | 7100-000 | $48.00 | $0.00 | $0.00 | $0.00 |
| | Med Busi Bur | 7100-000 | $220.00 | $0.00 | $0.00 | $0.00 |
| | Midland Credit Mgmt | 7100-000 | $5,969.00 | $0.00 | $0.00 | $0.00 |
| | Mnet Fin Inc | 7100-000 | $73.00 | $0.00 | $0.00 | $0.00 |
| | National Recovery Agen | 7100-000 | $63.00 | $0.00 | $0.00 | $0.00 |
| | Northwest Collectors | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Portfolio Recvry&Affil | 7100-000 | $3,569.00 | $0.00 | $0.00 | $0.00 |
| | Professnl Acct Mgmt In | 7100-000 | $93.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sallie Mae | 7100-000 | $2,463.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $5,149.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $4,979.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $3,295.00 | $0.00 | $0.00 | $0.00 |
| Slc Conduit I Llc | 7100-000 | $5,514.00 | $0.00 | $0.00 | $0.00 |
| Slc Conduit I Llc | 7100-000 | $2,227.00 | $0.00 | $0.00 | $0.00 |
| Slc Conduit I Llc | 7100-000 | $1,113.00 | $0.00 | $0.00 | $0.00 |
| Us Dept Of Ed/Glelsi | 7100-000 | $4,832.00 | $0.00 | $0.00 | $0.00 |
| West Bay Acquisitions | 7100-000 | $63.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $181,670.71 | $118,838.54 | $118,838.54 | $3,681.06 |

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 12-02089-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HERRADA, PRISCILLA M. | Date Filed (f) or Converted (c): | 01/23/2012 (f) |
| For the Period Ending: | 3/2/2015 | §341(a) Meeting Date: | 03/08/2012 |
| | | Claims Bar Date: | 06/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 19909 Pine Hill Road, Frankfort, IL 60423 - House joint with mother | $220,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America checking account | $1,200.00 | $0.00 | | $0.00 | FA |
| 4 | Bank of America saving account | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | sofa, TV, desk, lamps, housewares, kitchen table and chairs, kitchen appliances, 3 beds, 2 dressers, misc. small appliances, washer and dryer, DVD player, Ipod | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. books | $50.00 | $50.00 | | $0.00 | FA |
| 7 | Normal wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Costume jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 9 | Digital camera | $50.00 | $50.00 | | $0.00 | FA |
| 10 | Term insurance through employer | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Pension at Chicago Public Schools | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Home computer, laptop and accessories | $300.00 | $0.00 | | $0.00 | FA |
| 13 | Tax refund | $5,435.00 | $4,955.00 | | $4,955.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**

$229,355.00        $5,155.00                            $4,955.00        $0.00

**Major Activities affecting case closing:**

| 10/03/2014 | Received $4,955.00; TFR to be prepared |
| 09/12/2013 | Sent another email to Philip Groben |
| 08/18/2013 | Sent email to Joseph Cohen for status of repayment |
| 06/28/2013 | Debtor to pay the estate non-exempt portion for tax refund. |
| 11/14/2012 | Tax refund was not exempt - $5400 was received after case - $2400.00 left in bank - must turnover $2400 - then 3000 over time maybe 500 p/m. |

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 11/01/2014 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 12-02089-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HERRADA, PRISCILLA M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6572 | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/23/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2014 | (13) | Maricela Herrada | Turnover of Debtor's 2011 Tax refund. | 1224-000 | $4,955.00 | | $4,955.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.90 | $4,950.10 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,942.12 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.23 | $4,933.89 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.44 | $4,926.45 |
| 01/09/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,238.75 | $3,687.70 |
| 01/09/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.64 | $3,681.06 |
| 01/09/2015 | 3003 | Great Lakes Educational Loan Services | Claim #: 4; Amount Claimed: 20,705.53; Amount Allowed: 20,705.53; Distribution Dividend: 3.10; | 7100-000 | | $641.36 | $3,039.70 |
| 01/09/2015 | 3004 | Sallie Mae | Claim #: 6; Amount Claimed: 14,573.79; Amount Allowed: 14,573.79; Distribution Dividend: 3.10; | 7100-000 | | $451.43 | $2,588.27 |
| 01/09/2015 | 3005 | Sallie Mae | Claim #: 7; Amount Claimed: 10,550.13; Amount Allowed: 10,550.13; Distribution Dividend: 3.10; | 7100-000 | | $326.79 | $2,261.48 |
| 01/09/2015 | 3006 | US Departnment of Education | Claim #: 8; Amount Claimed: 52,813.68; Amount Allowed: 52,813.68; Distribution Dividend: 3.10; | 7100-000 | | $1,635.92 | $625.56 |
| 01/09/2015 | 3007 | Ford Motor Credit Company, LLC | Claim #: 9; Amount Claimed: 12,360.34; Amount Allowed: 12,360.34; Distribution Dividend: 3.10; | 7100-000 | | $382.87 | $242.69 |
| 01/09/2015 | 3008 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 4,917.71; Amount Allowed: 4,917.71; Distribution Dividend: 3.10; | 7100-900 | | $152.32 | $90.37 |
| 01/09/2015 | 3009 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: 2,283.01; Amount Allowed: 2,283.01; Distribution Dividend: 3.10; | 7100-900 | | $70.72 | $19.65 |
| 01/09/2015 | 3010 | WORLD FINANCIAL NETWORK NATL | Claim #: 3; Amount Claimed: 634.35; Amount Allowed: 634.35; Distribution Dividend: 3.10; | 7100-900 | | $19.65 | $0.00 |

**SUBTOTALS** $4,955.00  $4,955.00

# FORM 2

**Page No: 2**

**Exhibit 9**

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-02089-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HERRADA, PRISCILLA M. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6572 | | **Checking Acct #:** | ******8901 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/23/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/2/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $4,955.00 | $4,955.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,955.00 | $4,955.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,955.00 | $4,955.00 | |

**For the period of 1/23/2012 to 3/2/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,955.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,955.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,955.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,955.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2014 to 3/2/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,955.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,955.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,955.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,955.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-02089-JPC | |
| **Case Name:** | HERRADA, PRISCILLA M. | |
| **Primary Taxpayer ID #:** | **-***6572 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/23/2012 | |
| **For Period Ending:** | 3/2/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,955.00 | $4,955.00 | $0.00 |

| **For the period of 1/23/2012 to 3/2/2015** | | **For the entire history of the case between 01/23/2012 to 3/2/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,955.00 | Total Compensable Receipts: | $4,955.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,955.00 | Total Comp/Non Comp Receipts: | $4,955.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,955.00 | Total Compensable Disbursements: | $4,955.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,955.00 | Total Comp/Non Comp Disbursements: | $4,955.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |